

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

November 26, 2019

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

   *Re:* <u>*Pavon v. Forge Restaurant LLC, et al. No.: 19 Civ. 04008 (PGG)(SN)*</u>

Dear Judge Gardephe,

  We represent Plaintiff in the above referenced matter. We, along with counsel for Defendants, jointly submit this letter to request a one-week extension of time to submit the settlement agreement and approval letter.

  After informing the Court that the Parties reached a settlement, Judge Netburn set December 2, 2019 as the deadline to file the settlement agreement and approval letter for Your Honor's review. ECF No. 41. We respectfully request a one-week extension of time to submit the settlement agreement and approval letter, which would be due on or before December 9, 2019. An extension of time is needed so that the Parties may finalize the settlement agreement, and also, to accommodate a recent death in Plaintiff's family. This is the first request for an extension of time.

  We thank the Court for its time and attention to this matter.

               Respectfully submitted,

               */s/ Brian Schaffer*

               Brian S. Schaffer

CC: All Counsel (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 27, 2019