

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

December 5, 2019

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Dec. 10, 2019

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Pavon v. Forge Restaurant LLC, et al.* No.: 19 Civ. 04008 (PGG)(SN)

Dear Judge Gardephe,

We represent Plaintiff in the above referenced matter. We, along with counsel for Defendants, jointly submit this letter to request a brief extension of time to submit the settlement agreement and approval letter. On November 27, 2019, the Court granted the Parties' first request for an extension of time to file the settlement agreement and approval letter for Your Honor's review. ECF No. 43.[1]

We respectfully request two additional days to submit the signed settlement agreement and approval papers, which would be due on or before December 11, 2019. This extension of time is needed because one of the individual Defendants will be unavailable to execute the settlement agreement before December 9, 2019. This is the second request for an extension of time.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Brian Schaffer*

Brian S. Schaffer

CC: All Counsel (via ECF)

---

[1] Judge Netburn originally set this deadline for December 2, 2019, and the Court extended this deadline by one week to December 9, 2019.